JOAN FISCHEL, Respondent, v. EUGENE FISCHEL, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of WENDY ANNE ORIGINALS, INC. IRVING J. SHARLOT, Appellant; MAJESTIC FACTORS, INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. We pass only upon the present right to possession of the funds by the factor, and not upon the validity of its " charges ". If these are claimed to be invalid, they may be made the subject of an appropriate proceeding against the factor by the assignee for the benefit of creditors. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ.

HERBERT C. CHITTY, Appellant, v. HELLENIC LINES, LTD., Respondent.— Order unanimously modified so as to eliminate item 2 and the production of information and tax returns, as not sufficiently material or necessary, and as so modified, affirmed. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Dore, Breitel and Bergan, JJ.

RUTH OPPEN, Respondent, v. CLARENCE O. OPPEN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ.

EVELYN F. POLACEK, Respondent, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ.

FIRST NATIONAL BANK OF MONTCLAIR et al., as Executors of SCHUYLER C. STIVERS, Deceased, Respondents, v. EVERETT S. COLDWELL et al., Individually and as Trustees under the Voting Trust Agreement, Dated June 1, 1947, et al., Appellants.— Order unanimously modified so as to limit items 2 and 10 relating to book value only as to March 31, 1953, and by further eliminating items 4, 6, 7, 8 and 9 as to the corporate defendant, and items 1 to 7 inclusive as to the individual defendants. As so modified the order is affirmed. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ.

GUSSIE PERLMUTTER, Respondent, v. BETH DAVID HOSPITAL, Appellant and Third-Party Plaintiff. BLOOD TRANSFUSION ASSOCIATION, Third-Party Defendant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Breitel and Botein, JJ. [See ante, p. 789.]